ACCEPTED
141400788
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/10/2015 8:22:25 AM
CHRISTOPHER PRINE
CLERK

## *In The*
## *Fourteenth Court of Appeals*

_____

### # 14-14-00788-CV

_____

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/10/2015 8:22:25 AM
CHRISTOPHER A. PRINE
Clerk

### EXERGY DEVELOPMENT GROUP OF IDAHO, LLC AND JAMES T. CARKULIS, Appellants
### V.
### HIGH POWER ENERGY, LLC, BLUE RENEWABLE ENERGY, LLC AND BLACK MOUNTAIN FINANCIAL, CORP, Appellees

---------------------

### On Appeal from the 125th District Court Harris County, Texas
### Trial Court Cause No. 2012-67104

---------------------

### Unopposed Motion for Extension of Time

Comes now **EXERGY DEVELOPMENT GROUP OF IDAHO, LLC AND JAMES T. CARKULIS,** Appellants file this unopposed motion to extend the briefing deadline from April 30, 2015 to May 29, 2015.

As cause, counsel would respectfully show as follows:

1.      This is an appeal from death penalty sanctions ordered in the District Court.  Exergy's third-party complaint was stricken and it was prohibited from introducing any evidence to support claims against the third-party defendants.  Appellants' brief is currently due April 30, 2015.

2.      On March 9, all parties filed a joint motion to suspend the briefing so that a large number of documents previously designated as part

1

of the record on appeal, but which were not included with the record certified to this court, could be included.

3. Most of the additional documents requested to be included in the record by both parties were missing from the clerk's record that was filed with this Court.

4. Specifically, only 11 of the 37 documents designated and requested by Appellee were filed in the original clerk's record. The other 26 documents Appellee requested are not contained in the clerk's record that was filed. Additionally, none of the 22 documents requested on behalf of Appellants were filed in the original clerk's record.

5. The current problem is that the district clerk has not certified the supplemental record.

6. Counsel went to the post-judgment office in person last week, and was told that the supplemental record would be ready this week.

7. Counsel went to the post-judgment office in person again this week, and was told that the supplemental record is still not ready.

8. Counsel does not seek the requested extension for any purpose of delay.

9. Rather, time will be needed to prepare this appeal with the full record once it has been completed by the district clerk's office.

10.	It is for these reasons that Appellants pray the deadline be moved to May 29, 2015.

Respectfully submitted,

*Seth Kretzer*

Seth Kretzer

LAW OFFICES OF SETH KRETZER
440 Louisiana Street; Suite 200
Houston, TX 77002
(713) 775-3050 (DIRECT)
seth@kretzerfirm.com (email)

Counsel for Appellants

## CERTIFICATE OF SERVICE

I certify that on April 9, 2015, I spoke to Howard Klatsky who is **UNOPPOSED** to this motion. I both called and email Andrew Edison; no response has been received. But since Edison previously joined in the motion to suspend briefing pending supplementation, Counsel has no reason to think he would be opposed to the current motions for a (lesser) extension of deadline.

*Seth Kretzer*

_____
Seth Kretzer

3

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing motion was served on all counsel of record on the 10th day of April, 2015.

_____
Seth Kretzer

4